[No. 44179-5-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07863-2, Richard A. Jones, J., entered February 25, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44777-7-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINCY TROMAYNE MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08662-5, Jeffrey M. Ramsdell, J., entered May 11, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44802-1-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE FAYE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05714-5, Michael S. Spearman, J., entered May 24, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44839-1-I.   Division One.   April 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00164-0, Nicole MacInnes, J., entered May 24, 1999. *Dismissed* by unpublished per curiam opinion.